In re OGDEN'S WILL. (Supreme Court, Appellate Division, Third Department. January 9, 1901.) In the matter of proving the last

will and testament of Mary L. Ogden, deceased. No opinion. Decree unanimously affirmed, with costs.